PHILLIP A. TALBERT
Acting United States Attorney
VINCENTE A. TENNERELLI
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>CAROLE SACHS, O.D.<br><br>                Defendants. | CASE NO. 1:21-CR-00218-NONE-SKO<br><br>**STIPULATION BETWEEN THE PARTIES REGARDING PROTECTED INFORMATION** |

      WHEREAS, the discovery in this case contains a large amount of personal information including but not limited to, personal identifying information, records of medical diagnosis and treatment, and financial information ("Protected Information"); and

      WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

      The parties agree that entry of a stipulated protective order is appropriate.

      THEREFORE, defendant CAROLE SACHS, by and through her counsel of record ("Defense Counsel"), and plaintiff the UNITED STATES, by and through its counsel of record, hereby agree and stipulate as follows:

STIPULATION                                     1

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than defense investigators and support staff, except as set forth in paragraph 4 hereto.

4. Defense Counsel may provide defendant with one copy of any document containing Protected Information. Defendant shall not make any copy of any such document and shall not disseminate any such document or the Protected Information from any such document to any person other than Defense Counsel, defense investigators, and support staff.

5. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

6. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7. Defense Counsel shall be responsible for advising the defendant, as well as Defense Counsel's employees, other members of the defense team, and defense witnesses, of the contents of this Stipulation and Order.

8. In the event that defendant substitutes counsel, defendant's Defense Counsel agrees to withhold discovery from any new counsel unless and until substituted counsel agrees also to be bound by this Stipulation and Order.

IT IS SO STIPULATED.

DATED: September 15, 2021

/s/ Vincente A. Tennerelli
VINCENTE A. TENNERELLI
COUNSEL FOR UNITED STATES

ROGERS JOSEPH O'DONNELL PC

By: /s/ Lauren Kramer Sujeeth
LAUREN KRAMER SUJEETH
Counsel for Defendant Carole Sachs

**ORDER**

IT IS SO ORDERED.

DATED: 9/17/2017

HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

STIPULATION

3