PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. CAROLE SACHS, Defendant. | Case No. 1:21-cr-00218-JLT-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE:  April 20, 2022<br>TIME:  1:00 p.m.<br>JUDGE:  Hon. Sheila K. Oberto |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for April 20, 2022, at 1:00 p.m., may be continued until June 29, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case and is in plea negotiations with the government. The parties agree that time under the Speedy Trial Act shall be excluded through June 29, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: April 11, 2022        /s/ Lauren Sujeeth
                             Lauren Kramer Sujeeth
                             Counsel for Carole Sachs

Dated: April 11, 2022        /s/ Joseph Barton
                             JOSEPH BARTON
                             Assistant United States Attorney

## ORDER

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for April 20, 2022, at 1:00 p.m., is continued until June 29, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through June 29, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 4/13/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE