PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00218-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| CAROLE SACHS, | DATE:  June 29, 2022<br>TIME:  1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for June 29, 2022, at 1:00 p.m., may be continued until September 21, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case and is in plea negotiations with the government. The parties agree that time under the Speedy Trial Act shall be excluded through September 21, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  June 14, 2022          /s/ Lauren Sujeeth
                               Lauren Kramer Sujeeth
                               Counsel for Carole Sachs

Dated:  June 14, 2022          /s/ Joseph Barton
                               JOSEPH BARTON
                               Assistant United States Attorney

## ORDER

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for June 29, 2022, at 1:00 p.m., is continued until September 21, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The period through September 21, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 6/14/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE