PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00218-JLT-SKO |
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; ORDER |
| v. | |
| CAROLE SACHS, O.D., | DATE: December 7, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |
| Defendant. | |

The Parties have reached a Plea Agreement to resolve this case and will file it with the Court shortly. Accordingly, IT IS HEREBY STIPULATED between the parties that the case can be set for a Change of Plea hearing before the Honorable Jennifer L. Thurston on December 16, 2022, at 9:00 a.m. The Parties have confirmed this date with the Court. The Status Conference that is scheduled for December 7, 2022, can be vacated.

Time under the Speedy Trial Act has already been excluded through December 7, 2022. Dr. Sachs is requesting more time to meet with her defense counsel. Therefore, the Parties agree that time under the Speedy Trial Act shall be excluded for the additional period of December 8,

2022, through December 16, 2022, in the interests of justice, including but not limited to, the need for defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated:  November 21, 2022

*/s/ Henry Stegner*
HENRY STEGNER
Counsel for Carole Sachs, O.D.

Dated:  November 21, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. CAROLE SACHS, O.D., Defendant. | Case No. 1:21-cr-00218-JLT-SKO<br><br>STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; ORDER<br><br>DATE:   December 7, 2022<br>TIME:   1:00 p.m.<br>JUDGE:  Hon. Sheila K. Oberto |
|---|---|

**ORDER**

Upon the Parties' stipulation and for good cause shown, this case is set for a Change of Plea hearing on December 16, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The Status Conference that is scheduled for December 7, 2022, is vacated. Time under the Speedy Trial Act has already been excluded through December 7, 2022. The additional period through December 16, 2022, is also excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **November 22, 2022**         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

3